AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jarvey, John A | SD IA | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 131 E Fourth Street<br>Suite 250<br>Davenport, Iowa 52801 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 21 A 10: 23
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Jarvey, John A | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. August '07 | University of Iowa - College of Law | $ 5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006-2007 | Self-Employment Piano Teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Law & Economics Center | 11/9-15/2007 | Captiva Island, FL | Attend Law & Economic Sem | transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jarvey, John A | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jarvey, John A | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Legg Mason Part Fundamental Value Fund Class A-See Part VIII | B | Dividend | K | T | Exempt | | | | |
| 2. ████ Trust-See Part VIII | A | Distribution | K | R | Trust Distri | 10/7 | K | A | |
| 3. Legg Mason Partners Cap Growth Fund Class B-See Part VIII | B | Dividend | K | T | Sell Convers | 1/4 | K | A | |
| 4. Legg Mason Part Large Cap Growth Fund Class A-See Part VII | A | Dividend | J | T | Buy Conversi | 1/4 | K | A | |
| 5. Legg Mason Part Social Awareness Fund Class A-See Part VIII | A | Dividend | K | T | Buy Conversi | 1/4 | J | A | |
| 6. Legg Mason Partn Social Awareness Fund Class B-See Part VIII | A | Dividend | J | T | Sell Convers | 1/4 | J | A | |
| 7. Legg Mason Part Fundamental Value Fund Class A-See Part VIII | A | Dividend | J | T | | | | | |
| 8. Legg Mason Part Large Cap Growth Fund Class B-See Part VIII | A | Dividend | J | T | Sell Convers | 1/4 | | A | |
| 9. Legg Mason Part Social Awareness Fund Class A-See Part VIII | A | Dividend | J | T | | | | | |
| 10. US Bank-Self ████ Checking Account | A | Interest | K | T | | | | | |
| 11. US Bank-Self ████ Savings Account | A | Interest | K | T | | | | | |
| 12. New York Life Whole Life Insurance on ████ | C | Dividend | L | T | | | | | |
| 13. Legg Mason Part Cap Growth Fund Class A | A | Dividend | J | T | Buy Conversi | 1/4 | J | A | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III.A. - Additional non-investment income was received by filer as United States Government salary for services as a United States Magistrate Judge (01/01/07-03/14/07) and a United States District Judge (03/15/07-12/31/07).

All from Part VII:

1. John IRA-Mutual Funds

2. The only asset in this trust was a residence located in Maple Grove, MN. The asset was gifted to the trust on July 9, 2003, by██████████but the trust pays a mortgage on the residence and I fund 1/5 of the mortgage payments. The purchase price of the residence was $320,000. The mortgage is for $120,000. Therefore, my interest in the████Trust is ($320,000 minus $120,000 divided by 4) or $40,000. The home was sold in August 2007 and the trust assets were distributed in October 2007. I received $39,500.

3. John IRA-Mutual Funds: This asset was converted on 01/04/07 by the Fund to Class A shares. I had no involvement in this involuntary conversion. No income resulted from the conversion. I learned of the conversions on 5/13/08.

4. John IRA-Mutual Funds:

5. John IRA-Mutual Funds

6. John IRA-Mutual Funds: This asset was converted on 01/04/07 by the Fund to Class A shares. I had no involvement in this involuntary conversion. No income resulted from the conversion. I learned of the conversions on 5/13/08.

7. ██████ IRA-Mutual Funds

8. ██████ IRA-Mutual Funds: This asset was converted on 01/04/07 by the Fund to Class A shares. I had no involvement in this involuntary conversion. No income resulted from the conversion. I learned of the conversions on 5/13/08. The Class A shares to which the Class B shares were converted are listed in paragraph 13.

9. ██████ IRA-Mutual Funds

10. Firstar Bank became US Bank many years ago. I inadvertently neglected to note this name change.

11. Firstar Bank became US Bank many years ago. I inadvertently neglected to note this name change.

12. ██████is the owner of whole life insurance policies on ██████████ purchased by██████████ in 1993. These were inadvertently omitted from prior statements. I learned that they should be listed at a June 2007 FJC seminar.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544